## E. E. ABBOTT v. STATE. (No. 12365.)

Court of Criminal Appeals of Texas. Jan. 9, 1929.

J. S. Kendall, of Munday, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for violation of article 667 of the Penal Code of 1925, forbidding the manufacture of potable liquor containing in excess of 1 per cent. of alcohol by volume; penalty fixed by the jury at confinement in the penitentiary for a period of one year.

There is an absence of bills of exceptions or statement of facts. No fault or irregularity in the trial has been pointed out or perceived.

The judgment is affirmed.